IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACKELYN MARIE MANSON | : | |
| v. | : | Civil Action No. DKC 26-1856 |
| PNC BANK, NATIONAL ASSOCIATION, et al. | : | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Jackelyn Marie Manson continues to attempt to enlist this court's authority to interfere, and halt, state court proceedings involving the foreclosure sale of property in Charles County, Maryland. After the court denied her earlier motion for a temporary restraining order or preliminary injunction (ECF Nos. 53, 54), Plaintiff filed a motion for leave to file amended complaint, many supplements, a petition for writ of mandamus, a motion to consolidate this case with a now remanded removal action, a motion to strike unauthorized filings, and a renewed motion for a restraining order and to stay the possession proceedings pending in the state court.

Plaintiff claims that she has new information that supports her position that PNC charged off her debt, that the Circuit Court for Charles County is expected to act on a motion to lift the stay of possession proceedings on October 6, and that Laurel Kings Holdings LLC ceased to be in good standing earlier this year. None

of those assertions change the conclusion reached before. Accordingly, for the reasons stated in the earlier Memorandum Opinion and to be stated more fully in a forthcoming opinion resolving the motions to dismiss, for judgment, and for leave to amend, the renewed motion for temporary restraining order and renewed motion to stay possession proceedings (ECF No. 68) IS DENIED.

October 5, 2026

/s/
DEBORAH K. CHASANOW
United States District Judge